IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MANUEL EVERETT ALVAREZ,

    Plaintiff,

v.                                          CASE NO. 5:10-cv-00001-RH-GRJ

DANIEL GROVER, et al,

    Defendants.

_____/

## O R D E R

Defendants have filed a Motion for an Order Regarding Address of Unserved Defendant. (Doc. 41). Service was returned un-executed on Defendant Richard Patterson with the notation that he has retired from the Florida Department of Corrections (DOC). (Doc. 39). Defendants have learned that the DOC has a forwarding address for Defendant Patterson, but the Department requires an Order before it will provide the address to the Court.

Accordingly, it is

**ORDERED:**

Defendants' Motion for an Order Regarding Address of Unserved Defendant (Doc. 41) is **GRANTED,** and the Florida Department of Corrections shall within twenty (20) days of this date provide the home address for Defendant Richard Patterson to the Court by filing a Notice under seal in this case. The Notice should be filed with the Clerk of Court and be clearly marked in the style of the case "**TO BE FILED UNDER**

**SEAL**," with this Order attached.  The address will be kept confidential and forwarded by the Court for personal service upon Defendant Patterson by the United States Marshal.

    **DONE AND ORDERED** this 14th  day of December 2010.

                         *s/ Gary R. Jones*
                         GARY R. JONES
                         United States Magistrate Judge