IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MANUEL EVERETT ALVAREZ,

    Plaintiff,

v.                                        CASE NO. 5:10-cv-00001-RH -GRJ

ROBERT DAFFIN, et al

    Defendants.

_____/

## O R D E R

Pending before the Court is Defendants' Motion for Extension of Time to file a response to the Complaint. (Doc. 52.) Defendants request an additional thirty (30) days to file a response to the Complaint so that counsel may complete the investigation of Plaintiff's claims necessary to frame an appropriate response.

Accordingly, it is **ORDERED:**

Defendants' Motion for Extension of Time (Doc. 52) is **GRANTED**. Defendants shall file a response to the Complaint on or before **January 28, 2011.**

**DONE AND ORDERED** this 28th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge