PROVIDED TO HARDEE
CORRECTIONAL INSTITUTION
ON   8-8-11   Ad   FOR MAILING
INMATE LEGAL MAIL   𝓶 ε α

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


MANUEL EVERETT ALVAREZ
    DC #425478

                              CASE NO: 5:10-CV-00001-RH-GRJ

    V.

DANIEL GROVER, SERGEANT, et. al.,


                DECLARATION  (A)


Plaintiff Manuel Everett Alvarez, pro se, in case
number here now hereby declares: This
Declaration (A) used to support plaintiff's Complaint
and or Amended Complaint, opposing defendants
motions by plaintiff's personal knowledge, set out
facts that would be admissible in evidence,
including EXHIBITS U-1 through U-28, and
plaintiff's response to motion for Summary
judgment. Plaintiff declarant is competent
to testify on all facts and matters stated,
and will support by memorandum included
here now also. Rule 56 (a),(b), and (c). Federal
Rules of Civil Procedure 2,011.

Plaintiff will include DECLARATION, EXHIBITS: _A_, :_B_;_C_,:_D_,:_E_,:_F_;_G_,:_H_,:_I_, and :_J_ in Docket entry #1 as same EXHIBITS here now, and all pages as same here now in reference to.

Plaintiff will include DECLARATION, EXHIBITS:_K_;_L_, :_M_,:_N_, and :_O_ in Docket entry #22 as same EXHIBITS here now, and all pages as same here now in reference to.

Plaintiff will include DECLARATION, EXHIBITS:_P_;_Q_, :_R_,:_S_, and :_T_ in Docket entry #47 as same EXHIBITS here now, and all pages as same here now in reference to.

Plaintiff will include DECLARATION EXHIBITS:_U-1_, :_U-2_,:_U-3_,:_U-4_,:_U-5_,:_U-6_,:_U-7_,:_U-8_,:_U-8(a)_, :_U-9_,:_U-10_,:_U-11_,:_U-12_,:_U-13_,:_U-14_,:_U-15_,:_U-16_, :_U-17_,:_U-18_,:_U-19_,:_U-20_,:_U-21_,:_U-22_,:_U-22 p.2_,:_U-23_, :_U-24_,:_U-25_,:_U-26_,:_U-27_, and :_U-28_ included here now, and all pages as same here now in reference to.

Plaintiff will include plaintiff's response to Motion for Summary judgment pages _1 of 10_, _2 of 10_ _3 of 10_, _4 of 10_, _5 of 10_, _6 of 10_, _7 of 10_, _8 of 10_, _9 of 10_ and _10 of 10_ as all pages same as here now in reference to.

Plaintiff will include DECLARATION (B) filed same date and time of here now DECLARATION (A) or soon as possible, of plaintiff's denials of the statements in defendants Motion To Dismiss and Motion for Summary judgment as all pages same as here now in reference to, as: declaration (B).

2

Plaintiff will include initial Complaint in Docket entry #1 as in all pages same as here now in reference to, as: Complaint.

Plaintiff will include Amended Complaint Filed by regular U.S. Mail dated, same date: July 29, 2011 as in all pages same as here now in reference to; as: Amended Complaint.

Plaintiff is a citizen of the United States. Plaintiff on January 2, 2,007 at hearing location only casually, and one time only said: "All of ya'll are liars", then defendant Richard Patterson said to defendant Daniel Grover specifically as: "Tear him up and spray him", immediately defendant Grover stepped on my right foot and punched me in the back of right side of my head so hard I hit the floor instantly, then defendant Daniel Grover kicked me over 20 times on my lower back while at the same time defendants Richard Patterson, and Michael Silcox observed this and did nothing to stop/intervene defendant Daniel Grover from kicking me on my back, and did not report any of it at all. Seconds later after this at the bottom of the stairs defendant Daniel Grover again beat-up on me as defendant Makevar Hunter observed this and did nothing to stop/intervene defendants Daniel Grover' punching me and kicking me, and he did not report any of it at all. This was maliciously and sadistically done by the defendants with the intent to

3

cause harm to plaintiff, and known by defendants
that it was against plaintiff's legal rights.
Plaintiff has above deminimis injuries to his
lower back as early to moderate in First X-Ray,
and from all the time since January 2, 2,007 of
his degenerating pain and suffering caused by
injuries done to him by the defendants, where
he has requested respectfully to department
of Corrections Medical Staff, and has now
two physician assistant reports with
recommendations diagnosing him with above
deminimis injuries after over four years
of pain and suffering, and department of
Corrections Medical Staff continue to delay
any further medical treatment that he needs
leaving him in pain and suffering at this
time here now.

Defendants did not impose any disciplinary report
against the plaintiff in the event at the hearing
location where the defendants physical abuse to
the plaintiff because of him saying all of ya'll
are liars when they took action to beat-up the
plaintiff was the instant malicious and sadistic
conduct by the defendants knowing his rights
against it as certified correctional officers
knowing they were wrong but did do this to
the plaintiff for no justifiable reason.
Plaintiff has a right to speak at the hearing.
Defendants never told plaintiff he could not say
anything before or during the hearing.

Plaintiff only said two statements at the hearing specifically as: "Not guilty", and: "All of ya'll are liars" very calmly, without any threat to defendants or anyone else, and no physical abuse towards defendants or himself.

### MEMORANDUM

Plaintiff, a citizen of The United States has rights by The United States Constitution The Bill of Rights Amendment VIII. Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted, and is a clearly established law as in the First method of Vinyard v. Wilson 311 F. 3d. 1340 (11th Cir. 2,002).

Plaintiff, a citizen of The United States has protected rights by The United States Constitution The Bill of Rights Amendment 1. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances. This is a clearly established law as in the First method of Vinyard V. Wilson 311 F. 3d. 1340 (11th Cir. 2,002).

5

Plaintiff as in EXHIBIT:_A_, EXHIBIT:_B_, and EXHIBIT:_C_ shows that he exhausted all administrative procedure remedy's for completion of administrative review process, and all needed information to alert officials of the problem is in contents of these EXHIBITS as in _PARZYCK_ V. _PRISON HEALTH SERVICES INC._, 627 F.3d. 1215, 1216, 1217, 1218, 1219 (11th Cir 2,010).

Plaintiff informed prison medical of his injuries as in EXHIBIT:_E_ where an X-Ray as in EXHIBIT:_K_ was done showing need for more treatment for diagnose of such and was denied as EXHIBIT:_F_, EXHIBIT:_G_, EXHIBIT:_H_, and EXHIBIT:_I_ denied again and shows that plaintiff exhausted all administrative procedure remedy's for completion of administrative review process, and all needed information to alert officials of the problem as in contents of these EXHIBITS as in _PARZYCK_ V. _PRISON HEALTH SERVICES INC._, 627 F.3d. 1215, 1216, 1217, 1218, 1219 (11th Cir. 2,010).

Plaintiff since January 2, 2,007 has had severe pain and suffering from the injuries to his lower back done to him by the defendants, and he has done as Prison Health Service Administration requires him to do by initiating by Inmate Sick-Call Requests as in EXHIBIT:_U-4_, EXHIBIT:_U-5_, EXHIBIT:_U-6_,

6

EXHIBIT: U-8 , EXHIBIT: U-8(a), EXHIBIT: U-9 ,
EXHIBIT: U-10 , EXHIBIT: U-11 , EXHIBIT: U-12 ,
EXHIBIT: U-13 , EXHIBIT: U-14 , EXHIBIT: U-15 ,
EXHIBIT: U-16 , EXHIBIT: U-17 , EXHIBIT: U-18 ,
EXHIBIT: U-19 , and EXHIBIT: U-20 where
he has been denied any further MRI, x-Ray,
Neurologist Consult, proper medication, and
medical diagnosis, and treatment for 4
years or more as in Mandel V. Doe, 888
F. 2d. 783 (11th cir. 1989).

Plaintiff was provided on July 13, 2,010 by
Health Services Administration a MRI
request as EXHIBIT: P shows, then a
MRI was performed as report in EXHIBIT
: Q shows, then plaintiff was provided a
Neurologist Consult request as EXHIBIT: T
shows.

Plaintiff was seen by Neurologist Dr. Kevah
Barami on December 29, 2,010 as EXHIBIT:U-22
page 2 DIAGNOSTIC DATA: MR of August 4,
2,010 is poor quality, and this is poor
quality of EXHIBIT: Q however as in ExHIBIT
: U-22 page 2 in RECOMMENDATIONS: Specifically
as: "in light of the fact he was assaulted
4 years ago" where EXHIBIT: U-23 shows
① Physical thearpy + lumbar Epadural injections
x 6 weeks @ CT myleograph lumbar if does
not respond to corrective measures. ④ Pain
managment / lortab PRN. This order
Recommendation by a Doctor who is a

7

expert shows the need for treatment that
only the physical therapy was done and
nothing else as in _Mandel_ V. _Doe_ 888
F.2d. 783 (11th Cir, 1989) where injuries
are now being seen and have been done
to plaintiff by the defendants is more
than deminimis injuries.

Plaintiff received a CT Evaluation as
EXHIBIT: U-24 and further Evaluation
because physical therapy did not work
as EXHIBIT: U-25, and then a MRI EXHIBIT
: U-26 Report: showing disk bulging, Nerve
root impingement, and stenosis as EXHIBIT
: O explains, and x-Ray EXHIBIT: U-27,
and a Consult by Mr. Keith Rawlinson,
Physicians Assistant EXHIBIT: U-28 shows
FINDINGS: Nerve Root Impingement, Showing
significant injuries more than deminimis
with RECOMMENDATION: of: LESI x 3
injections, lortab medication that have
not been done at this time by the Health
service Administration of the department
of corrections causing prolong severe
pain and suffering. _Mandel_ V. _Doe_, 888
F.2d. 783 (11th Cir, 1989), and where the
defendants did in fact beat-up on plaintiff,
and where this has caused significant
injuries above deminimis because as
explained to me on May 6, 2/011 by Mr.
Keith Rawlinson Physicians Assistant as

8

expert opinion. _Mandel_ v. _Doe_, 888 F. 2d.
783 (11th cir. 1989) that the LESI injections
will have to be done by computed CT or
x-Ray observation into the bulging disks,
and also he introduced me to the specialist
who will be doing the injections. This
medical performance is to be done in a
hospital surgical room setting, and is not
a home remedy for the plaintiff to be done.
This is a physical injury observable and
diagnosed medical condition requiring
treatment by a medical care professional,
is a serious nature persisting far after
home care remedy, all as explained in
_Luong_ v. _Hatt_, 979 F. Supp. 481 (N.D. Texas 1997),
and now shown by physical evidence, medical
records, is contraiy to _Bennett_ v. _Parker_,
898 F. 2d. 1530, 1534 (11th cir. 1990).
Plaintiff's injuries by defendants beat-up
on the plaintiff are above deminimis
where defendants did violate plaintiff's
United States Constitutional Eighth
Amendment rights in the hearing room
location, for no justified reason. _Dailey_
v. _Byrnes_, 605 F. 2d. 858, 861 (5th cir. 1979),
_Skritch_ v. _Thornton_, 280 F. 3d. 1295, 1304,
1305 (11th Cir. 2002), _Slicker_ v. _Jackson_, 215
F. 3d. 1225, 1232, 1233 (11th cir. 2002), _Davis_
v. _Moss_, 841 F. Supp. 1193 (M.D. Ga. 1994),
_Pelfrey_ v. _Chambers_, C. A. 6 (ohio) 1995, 43 F.

3d. 1034 certiorari denied 115 S.ct. 2269, 515 U.S. 1116, 132 L.Ed. 2d 273.

Plaintiff/I in his Complaint page 5 paragraph (3) and similar to Amended complaint page 5 paragraph (3) specifically as: I then said specifically as "All of ya'll' are liars" where this statement I said and no disciplinary infraction was imposed wrote on me for speaking as I felt at that time, where no order or other was directed towards me to not say anything as I was allowed to by my protected freedom of speech right in The United States Constitution Amendment I. where my statement was not derogatory as in <u>Lockett</u> V. <u>Suardini</u>, 526 F.3d, 866 (6th Cir. 2008) and my United states Constitution Amendment I. rights are clearly established. <u>Bennett</u> V. <u>Hendrix</u>, 423 F.3d. 1247, 1255 (11th Cir. 2005), and where no force at all was necessary by the defendants because of what plaintiff said at the hearing "All of ya'll are liars" <u>Oliver</u> V. <u>Collins</u>, 914 F.2d, 56, 59 (5th Cir. 1990).

In plaintiff's Complaint page 5 paragraph (3), and similar to Amended Complaint page 5 paragraph(3) specifically as: "Immediately at this time officer Patterson specifically said: 'Tear him up and spray him' or 'Tear

10

him up ")) where defendant Patterson did
in fact say this directing anouther
defendant Daniel Grover to use physical
use of force excessive use of force by
beat-up on the plaintiff as "Tear him up"
is a statement made by defendant
Patterson pursuant to his official duty,
and not speaking as a citizen for first
Amendment purposes and the constitution
does not insulate his wrong ful statement
from employer discipline. Garcetti V.
Ceballos, 126 S.ct. 1951 (2006), and as a
instigating direction towards physical
abuse as the same as physical abuse
hower of same as in Dailey V, Byrnes,
605 F.2d. 858, 861 (5th Cir 1979) as in
this case officer Reids action into
liability of defendant Byrnes by where
liability of officer Patterson as
defendant Byrnes by defendant Grover
as officer Reid striking plaintiff in
the head, causing plaintiff to be beat-up
by defendant Grover as in plaintiff's
complaint page 5 to page 6 paragraph (3),
and same as Amended Complaint page 5
to page 6 paragraph (3) specifically as:
"Immediately sergeant Grover stepped
on my right foot, and punched me with
his fist on the back right side of my
head so hard I fell down on the left

side of my body to the floor." <u>Dailey v. Byrnes</u>, 665 F. 2d. 858, 861 (5th Cir. 1979), <u>Slicker V. Jackson</u>, 215 F. 3d. 1225, 1232, 1233 (11th Cir 2002). "He then started kicking me on my back as hard as he could over 20 times on my lower back, and right side of my back." while plaintiff was handcuffed, and fettered, not resisting, not attempting to flee, in a prison setting. <u>Skritch V. Thornton</u>, 280 F. 3d. 1295, 1304, 1305 (11th Cir 2002). "He then pulled me up. off the floor, I walked to the corner of the room by the stairs, and I said 'Help! Help! Help!' because I was so scared I did not know what to happen. They were going to kill me the way they acted wild eyed looks at me as sergeant Grover beat-up on me maliciously showing his desire to physically hurt me or kill me is the feeling I had at that time." <u>Lewis V. Downs</u>, 774 F. 2d. 711, 714 (6th Cir 1985), <u>Slicker V. Jackson</u>, 215 F. 3d. 1225, 1232, 1233 (11th Cir 2002), and where this beating was gratuitous, and no force at all was necessary would support a finding of malice. <u>Oliver V. Collins</u>, 914 F. 2d. 56, 59 (5th Cir 1990), is actionable under this Complaint or Amended Complaint. <u>Tolbert V. Bragan</u>, C.A. 5 (Ala.) 1971, 451 F. 2d. 1020, <u>Lowe V. Warden</u>, 5 cir. 1971,

12

450 F. 2d. 9, is a violation by defendants Grover against plaintiff's United States Constitution Amendment VIII. rights nor cruel and unusual punishment inflicted by defendants Grover and Patterson who did in fact do as described here now, viewed in the light most favorable to the non-moving party. MATHEWS v. CROSBY, 480 F.3d. 1265 (11th cir 2007), Evans v. Stevens 407 f.3d. 1272, 1277, 1278 (11th cir 2005). : "Lieutenant Michael silcox did observe all of this as I describe, and did not stop any of it by using his authority as a Lieutenant." Therefore defendant Michael silcox has violated plaintiff's rights against cruel and unusual punishment by defendant silcox United states constitution Amendment VIII. Violation because he failed to an unprovoked beating of plaintiff by defendants Grover and Patterson for him to intervene. Ensley v. soper 142 F.3d. 1402, 1406 (11th cir. 1998), pelfrey v. Chambers C. A. 6 (ohio) 1995, 43 F.3d. 1034 certiorari denied 115 s.ct. 2269, 515 U.S. 1116, 132 L.Ed. 2d 273. In plaintiff's Complaint page 6 and page 7 paragraph (5) and same as Amended Complaint page 6 and page 7 paragraph (5) specifically as: "When Sergeant and I got to the first floor at the bottom of the stairway officer Markevar Hunter approached us

from my announcing for 'Help' he did hear
me. At this time sergeant Grover put my
head in a corner of the small area by the
bottom of the stairway, and began beat-up
on me again by punching me with his
fists in my stomach, my back, and Kicking
me over and over. As he did this to me
I looked officer Hunter in the eyes and
said: "sergeant Grover why are you doing
this to me?" I was injured more and in
pain. officer Hunter turned his head and
walked away saying nothing." Defendant
Grover once again continued his wrongful
actions to beat-up on plaintiff violating
his duty to not inflict cruel and unusual
punishment on plaintiff, and for no
justified reason, violating plaintiff's
United States Constitutional Rights of
Amendment VIII. against cruel and unusual
punishment, _skritch_ v. _Thornton_, 280 F.3d.
1295, 1304, 1305 (11th cir. 2002), while the
plaintiff was handcuffed and fettered
_slicker_ v. _Jackson_, 215 F.3d. 1225, 1232,
1233 (11th cir 2002). The defendant Markevar
Hunter included here now however not named
as in grievances but was in fact there
and did observe this as this defendant is
allowed to be a defendant as in _PARZYCK V._
_PRISON HEALTH SERVICES INC._, 627 F.3d 1215,
1216, 1217, 1218, 1219 (11th cir 2010). The defendant

14

Markevar Hunter turned his head and walked away saying nothing and as in same complaint and Amended complaint page 7(a) and page 7(b) as: "Defendant officer Markevar Hunter's unnecessary and wanton infliction of physical injuries desire by neglect of his authority to stop or report Sergeant Grover beat-up and Kicking on the plaintiff's back" Therefore defendant Hunter has violated plaintiff's rights of plaintiff against cruel and unusual punishment by defendant Hunter United States Constitution Amendment VIII. violation because he failed to an unprovoked beating of plaintiff by defendant Grover for him to intervene. Ensley v. Soper 142 F.3d. 1402, 1406 (11th Cir. 1998), Pelfrey v. Chambers, C.A. 6 (ohio) 1995, 43 F.3d. 1034 certiorari denied 115 S.ct. 2269, 515 U.S. 1116, 132 L.Ed. 2d. 273.

Plaintiff Complaint page 6(e) paragraph(20) and same as Amended Complaint page 6(e) paragraph(18) as: "The physical beat-up I received wrongfully by the defendants causing me severe injury pain every day by the permanent moderate injuries with three disk narrowed and more not diagnosed due to denial by the Secretary and his representatives denials of more examination for diagnosis and medical attention treatment. I will have these painful injuries for the

15

rest of my life because of defendants wrong decisions to beat-up on me, kicking me on my back many times.

Plaintiff has now shown evidence of injuries in a casual connection caused by, with all defendants. Cotton v. Jenne, 326 F.3d. 1352, 1360 (11th cir, 2008); Swint v. City of Wadley Alabama, 51 F.3d. 988 (11th cir. 1995), injuries above deminimis explained as in Loung v. Hatt, 979 F. supp. 481 (N.D. Texas 1997), and clearly as medical records show contrary to Bennett v. Parker, 898 F. 2d. 1530, 1534 (11th cir 1990). Plaintiff's injuries by defendants requiring medical treatment by a professional in a hospital setting, and defendants punched plaintiff in the head. Dailey v. Byrnes, 605 F.2d. 858, 861 (5th cir. 1979), and kicked plaintiff handcuffed and fettered while he was on the ground showed malicious motivation. Lewis v. Downs, 774 F.2d. 711, 714 (6th cir 1985). Plaintiff has shown that defendants beating him as described occurred, and that no force at all was necessary for his mere speech is a protected right he has would support a finding of malice by defendants. Oliver v. Collins, 914 F.2d. 56, 59 (5th cir 1990), where there is no room for qualified immunity for the defendants. Johnson v. Breeden, 280 F.3d. 1308, 1321, 1322 (11th cir 2002),

16

Walker v. Schwalbe, 112 F.3d. 1127, 1132
(11th cir 1997), Pelfrey v. Chambers, C.A. 6
(ohio) 1995, 43 F.3d. 1034 Certiorari denied
115 S.Ct. 2269, 515 U.S. 1116, 132 L.Ed.2d.273,
Leslie v. Ingram, 786 F.2d. 1533, 1536, 1537
(11th Cir 1986) assertion of a Constitutionally
protected right is a sustantive civil rights
violation which may be prosecuted in a
Federal Court pursuant to 42 u.s.c. § 1983,
irrespective of the existance of state
remedies. Pruitt v. City of Montgomery,
771 F.2d. 1475, 1484 n.19 (11th Cir, 1985),
BOZEMAN v. ORUM, 442 F.3d. 1265
(11th Cir 2005).


Therefore plaintiff respectfully requests
The Court to deny defendants Motion for
Summary Judgment and grant order for
plaintiff to pre trial, discovery in light
of the plaintiff's support here of his
Complaint and or Amended Complaint opposing
defendants Motion for Summary judgment.

I DECLARE UNDER PENALTY OF PERJURY THAT
THE FOREGOING STATEMENTS OF FACT,
MEMORANDUM, EXHIBITS, DECLARATION
ARE TRUE AND CORRECT
                        Respect Fully
August 8, 2011    Manuel Everit alvary    DC#425478
DATE

I declare, certify, verify, affirm under penalty of
Perjury that this DECLARATION was delivered to
Prison officials for mailing on: the 8, day of August 2011
                        Respectfully
            Manuel Everit alvary    DC#425478
manuel Everit Alvz 17  Hardee Corfectional Inst.
DC# 425478            6901 State Road 62
                       Bowling Green Florida

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy
of the foregoing: DECLARATION AND
EXHIBITS has been furnished by regular
U.S. Mail to: Clerk, U.S. District Court 401
S.E. 1st Ave. Room 243 Gainesville, Florida
32601, and identical true and correct
copies of the same foregoing: DECLARATION
AND EXHIBITS to: Counsel Mark J Hrers,
Assistant Attorney General, and Co-Counsel
Cedell Ian Garland, Assistant Attorney
General, and defendants: Daniel Grover,
Michael silcox, Richard Patterson, Markevos
Hunter, Jared R. Johnson, and Robert
Paffrin at location of Counsel for
the defendants at: office of the
Attorney General of florida Plaza Level
one the Capitol tallahassee, florida
32399-1050, on this date, August
8, 2/011

Respectfully
Manfred Halway DC# 425478

PROVIDED TO HARDEE
CORRECTIONAL INSTITUTION
ON ___8-8-11 ___Ph___ FOR MAILING
INMATE LEGAL MAIL ___Mεα

## DEPARTMENT OF CORRECTIONS
## NORTH FLORIDA RECEPTION CENTER
## SURGICAL PATIENT DISCHARGE PLANNING SUMMARY

Date: 6 - 23 - 99
Patient's Name: Alvarez, Manuel  Inmate Number: 425478
Operative Procedure: ACL Repair (R) Knee

## POSTOPERATIVE INSTRUCTIONS:

YOU ARE URGED TO FOLLOW CAREFULLY THE INSTRUCTIONS WHICH ARE CHECKED ON
THIS SHEET.

Observe operative site for excessive bleeding.
(Slow general oozing that saturates the dressing
completely or frank bright red bleeding.) In
either case apply pressure to the area, elevate it
if possible and go the E.R.

Observe operative area for signs of infection:
Increased temp. ↑ 101
Increased pain
Redness
Swelling
Foul odor or drainage.
If these symptoms appear go the E.R.
immediately.

Apply ice to operative site

No activity

Avoid sneezing or blowing nose.

If any problems occur please go to the E.R.
or OPC immediately. It is your responsibility
to follow discharge instructions.

Observe affected extremity for
circulation or nerve impairment:
Change in color
Numbness or tingling
Coldness
Increased Pain
If these symptoms persist go to the
E.R. immediately.

Keep operative area clean and dry.
Do not remove dressing unless
instructed to do so by physician.

Keep operative site elevated for
12-24 hours on extra pillow.

May change nasal drip pad as needed.

Take sitz baths ___ x's daily and
after each bowel movement.

Keep operative site dry.
Change dsg 6/25/99

If any problems occur or if you have any further questions, please tell immediately. It is your responsibility to follow
your physician's instructions and those above.

OTHER INSTRUCTIONS FOR FOLLOW-UP CARE: Out as tolerated

_____ IV x 48 hrs, Ambulate with Crutches

Part WD Weight Bearing, Knee Immobilizer, R Knee.

X-Ray 7/14, 6/30/99, Physical Therapy ASAP.

Witness: _____ Chief of Inmate Health Services

Alvarez, Manuel
DC# 425478 W/M

EXHIBIT U-1

DEPARTMENT OF CORRECTIONS
NORTH FLORIDA RECEPTION CENTER
SURGICAL PATIENT DISCHARGE PLANNING SUMMARY

Date: 5/5/99

Patient's Name: Alvarez, Manuel          Inmate Number: 425478

Operative Procedure: ACL (L) Knee

## POSTOPERATIVE INSTRUCTIONS:

YOU ARE URGED TO FOLLOW CAREFULLY THE INSTRUCTIONS WHICH ARE CHECKED ON
THIS SHEET.

·Observe operative·site for excessive bleeding.
·(Slow general oozing that saturates the dressing
completely or frank bright red bleeding.) In
either case apply pressure to the area, elevate it
if possible and go the E.R.

Observe operative area for signs of infection:
Increased temp. ↑ 101
Increased pain
Redness
Swelling
Foul odor or drainage.
If these symptoms appear go the E.R.
immediately.

Apply ice to operative site x's _____ hrs.

No activity

Avoid sneezing or blowing nose.

If any problems occur please go to the E.R.
or OPC immediately. It is your responsibility
to follow discharge instructions.

Observe affected extremity for
circulation or nerve impairment:
Change in color
Numbness or tingling
Coldness
Increased Pain
If these symptoms persist go to the
E.R. immediately.

Keep operative area clean and dry.
Do not remove dressing unless
instructed to do so by physician.

Keep operative site elevated for
12-24 hours on extra pillow.

May change nasal drip pad as needed.

Take sitz baths ___ x's daily and
after each bowel movement.

Keep operative site dry.

If any problems occur or if you have any further questions, please tell immediately. It is your responsibility to follow
your physician's instructions and those above.

·OTHER INSTRUCTIONS FOR FOLLOW-UP CARE: May walk with walker

weight bearing as tolerated, Pain meds every 4hrs as
needed, Arief 1gm IV every 8hrs x 2 wks, recheck
1wk

Witness: C Rhoden RN          Patient: X

Alvarez, Manuel
# 425478 W/M
DOB: 05/6/63 (35)

EXHIBIT U-2

KR
4/14/07

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _April 16, 2,007_     Time: _afternoon/evening_

Inmate Name: _Manuel Everell Alvarez_   DC#: _425.978_

Housing assignment: _J 1120_

Job assignment: _N/A_

Problem:

☐   Pass/pass renewal

☐   Medication renewal

          _I NEED HELP_

☑   Need information (explain): _I need psychiatry and psychology help now!_

☑   Mental Health     _my Anxiety is too much for me now, and it is real anxiety. They want to kill me, all of them._

☐   Dental

☑   Medical (explain): _I have lots of Anxiety from the beating from Sgt. Grover of A.C.I. on January 2, 2007. I am being threatened by many people and I am in fear of my life. I need some help I cant control my Anxiety any longer. Too many people want to kill me. I need Ativan medication again or Xanax again I cant control my anxiety anymore. I need help, A.S.A.P._

When did problem/symptoms start? _~~Manuel Everett Alvarez # 425478 1/16/07~~ I have anxiety but since the incident January 2, 2007 I cant control it any more. I need some help. Too many people want to kill me because they are in trouble or they are just dump and dont like my intelligence at all, jealouse_

Inmate Name _Manuel Everett Alvarez_
DC# _425478_     Race/Sex _W/M_
Date of Birth _May 6, 1963_
Institution _Florida State Prison_

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

Distribution:   Original—Nursing Supervisor
           Pink—Inmate (**special housing only**-otherwise
                   destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

EXHIBIT U-3
U3B3TU-3

VK
4/16/67
10AM

# DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## INMATE SICK-CALL REQUEST

Date: _april 16, 2007_          Time: _____

Inmate Name: _Manuel Everett Alvarez_    DC#: _425478_

Housing assignment: _J1120_

Job assignment: _N/A_

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): _I am in pain. My lower back something_
_is wrong. Everytime I move it hurts and this has_
_been worse everyday. Both sides and center of my_
_back hurt. I need help. This is very painful._
_I have dandruff. My scalp itches so bad I have_
_to scratch it all day. When I wake up in the_
_morning the first thing I have to do is scratch_
_my scalp. Please help._

When did problem/symptoms start? _My back January 2, 2007 started_
_hurting me bad. At frist it was numb then a few_
_days' later it hurts._
_My scalp for 8 days now I cant wash it out it_
_keeps itching. Please provide me some relief of this._

Inmate Name _Manuel Everett Alvarez_
DC# _425478_ Race/Sex_____
Date of Birth _May 6, 1963_
Institution _Florida State Prison_

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

INMATE SICK-CALL REQUEST
DC4-698A (1/05)

EXHIBIT U-4

4/19/07
R4/120

# DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _April 19, 2,007_     Time: _20:22 HR_

Inmate Name: _Manuel Everett Alvarez_   DC#: _425478_

Housing assignment: _J1120_

Job assignment: _N/A_

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): _My back (lower back) hurts every time_
_I move and lying still. Something is wrong and_
_very painful. It hurts to get up, to walk and hurts_
_when I take the Ibuprofen. The Ibuprofen works on my_
_arthritis but there is something more severe of my lower_
_back that it is not relieving the pain. I ask for_
_a. opinion from a physician Soon as possible please. No_
_x-ray has been done on my back as there has never been the need till now._
When did problem/symptoms start? _January 2, 2,007 morning time at_
_Apalachee Correctional Institution I was repeatedly kicked in_
_the back and something broke and has never been the same._
_This is the third sick call request as two prior on March 29, 2007 and_
_April 16, 2,007 and no Doctor has seen me since Jan 2 2,007 at all._

Inmate Name _Manuel E. Alvarez_
DC# _435478_    Race/Sex _W/M_
Date of Birth_May 6, 1963_
Institution _Florida State prison_

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

Distribution:   Original—Nursing Supervisor
      Pink—Inmate (special housing only-otherwise
      destroy copy)
      This form is not to be amended, revised, or altered
      without approval of the Director for Health
      Services Administration.

EXHIBIT U-5

EXHIBIT U-5

## DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _April 22, 2007_                 Time: _____

Inmate Name: _Manuel Everett Alvarez_     DC#: _425478_

Housing assignment: _J1120_

Job assignment: _N/A_

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): _My back hurts me to sit, get up, walk and keeps me in pain. When security cuffs me from hands behind my back it hurts and I have been in lots of pain. Something is wrong and I cant fix it, I am IN PAIN VERY BAD PAIN. PLEASE LET ME BE seen by a Doctor. MY BACK IS MESSED UP PLEASE HELP!!! & I have dandruff that itches so bad I scratch my head from morning to night. Please I need something to ☒ this dandruff shampoo_

When did problem/symptoms start? _January 2, 2007 morning time. Since this date I have had increased back pain. I have sent Inmate Sick Call Requests on March 29, 2007, April 16, 2007 and April 19, 2007 and now as since. Jan 2 2007 no doctor has seen me of my back. Sick call request for dandruff also sent april 16 2007 I was seen 4/19/07 Dandruff for 15 days now hydrocortizone cream did nothing that you gave me_

Inmate Name _Manuel Everett Alvarez_
DC# _425478_          Race/Sex _W/M_
Date of Birth _May 6, 1963_
Institution _Florida State Prison_

INMATE SICK-CALL REQUEST
DC4-698A (1/05)

Distribution:   Original—Nursing Supervisor
                Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval of the Director for Health Services Administration.

EXHIBIT U-6

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: _April 22, 2007_     Time: _evening time 17:26 HR_

Inmate Name: _Manuel Everett Alvarez_  DC#: _425478_

Housing assignment: _J1120_

Job assignment: _N/A_

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☑ Mental Health

☐ Dental

☑ Medical (explain): _I need psychological counseling. I
am having a very hard time getting myself to
be in control of my own emotions where my
anxiety is of real fear of being killed by any
employee of D.O.C. and including any inmate who
may just do it for any employee of D.O.C.. I
do not owe, not done any wrong to anyone in so
long but everyone wants to hurt or kill me. Why I_
When did problem/symptoms start? _I have had anxiety for a long
time since a child but doing (OK) till Jan 2, 2007
then April 16, 2007 I had a major flash back to the
episode Jan 2, 2007 and I am not right ever since.
The increase of distress helped but I need counseling._

**Inmate Name** _Manuel Everett Alvarez_
**DC#** _425478_   **Race/Sex** _W/M_
**Date of Birth** _May 16, 1963_
**Institution** _Florida State Prison._

Distribution:   Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

EXHIBIT 7

5/1/07
Preothile

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: _May 1, 2007_                    Time: _Evening time 7:55 PM_

Inmate Name: _manuel Everett Alvarez_      DC#: _425478_

Housing assignment: _J1/20    J1/20_

Job assignment: _____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Mental Health

☐    Dental

☑    Medical (explain): ①_My back hurts, the lower back center_
_there is something wrong because it hurts and I_
_have no relief at all from it. I need to see_
_a Doctor about this please. It hurts deep at the joint._
②_I have a skin inflammation on both knees and it has_
_become alive again and itches and is growing again._
_I have had it before and never have killed it yet I want_
_it dead, it itches and its irritating. Please Help., THANK YOU_ ‒
When did problem/symptoms start? _My back on January 2, 2007 and_
_it is painful.        The Fungus on my knees_
_started in 2,003.  Doctor Madan knows what it is, he_
_almost got rid of it completely if I could have continued_
_for 3 more weeks with fluclanno cream, it be dead.) Help!_

Inmate Name _Manuel Everett Alvarez_
DC# _425478_          Race/Sex _W/M_
Date of Birth _May 6, 1963_
Institution _Florida State Prison_

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

Distribution:    Original—Nursing Supervisor
                 Pink—Inmate (special housing only-otherwise
                 destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

EXHIBIT U-8

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _May 9, 2,007_      Time: _evening time 116:32 HR,_

Inmate Name: _manuel Everett Alvarez_    DC#: _425478_

Housing assignment: _C1326_

Job assignment: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): _My lower back hurts every time I move. I have pain in my lower back all day and night. It is real tight and is not right. Something is wrong. Some time I cant move at all. I cont even stay still at times and got the pain to stop. Please I need to see a doctor about this._

When did problem/symptoms start? _January 2, 2,007 and since this day I have had problems with my back and very painful._

_____

_____

Inmate Name _manuel Everett Alvarez_
DC# _425478_    Race/Sex _W/M_
Date of Birth _May 6, 1963_
Institution _Florida State Prison_

Distribution:   Original—Nursing Supervisor
              Pink—Inmate (**special housing only**-otherwise
                     destroy copy)
              This form is not to be amended, revised, or altered
              without approval of the Director for Health

**INMATE SICK-CALL REQUEST**      Services Administration.
DC4-698A (1/05)

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: June 10, 2,007                    Time: Afternoon/evening 16:55 HR,

Inmate Name: Manuel Everett Alvarez        DC#: #425478

Housing assignment: C 1326

Job assignment:

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☑    Need information (explain): lower back X-RAY June 4 2,007

☐    Mental Health

☐    Dental

☑    Medical (explain): My lower back hurts me, I cant move
without pain and I have lots of pain in my
lower back. X-ray was done here on 6-4-07 by
portable x-ray machine. I need medical treatment
of my back. I am in pain Please help.
My back keeps me up at night from the pain.
Something is wrong I am in Pain.

When did problem/symptoms start? January 2, 2,007.

Inmate Name Manuel Everett Alvarez            Distribution:    Original—Nursing Supervisor
DC# 425478          Race/Sex W/M                        Pink—Inmate (special housing only-otherwise
Date of Birth May 6, 1963                                      destroy copy)
Institution Florida State Prison                       This form is not to be amended, revised, or altered
                                                       without approval of the Director for Health
**INMATE SICK-CALL REQUEST**                           Services Administration.
DC4-698A (1/05)

EXHIBIT U-9

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _June 14, 2,007_      Time: _afternoon/evening 16:15 HR._

Inmate Name: _Manuel Everett Alvarez_    DC#: _425478_

Housing assignment: _C 1326_

Job assignment: ____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _lower back x-Ray June 4, 2,007_

☐   Mental Health

☐   Dental

☑   Medical (explain): _I have bad pain in lower back, I have_
_problems moving and staying still. I had x-ray of this_
_June 4 2,007. Something is wrong the pain has not gone_
_away at all. Please I need medical diagnosis and help_
_for this pain. I dont know what is wrong but it hurts_
_me. It hurts in center and around center of lower back every_
_time I move and when I am still._

               _THANK YOU_

When did problem/symptoms start? _January 2, 2,007._

               _THANK YOU._

| | |
|---|---|
| Inmate Name _Manuel Everett Alvarez_ | Distribution: Original—Nursing Supervisor |
| DC# _425478_   Race/Sex _W/M_ | Pink—Inmate (special housing only-otherwise |
| Date of Birth _Nov 6, 2,007_ | destroy copy) |
| Institution _Florida State Prison_ | This form is not to be amended, revised, or altered |
| | without approval of the Director for Health |
| INMATE SICK-CALL REQUEST | Services Administration. |
| DC4-698A (1/05) | |

EXHIBIT U-10

## DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## INMATE SICK-CALL REQUEST

Date: June 17, 2,007                    Time: afternoon/evening 16:54 HR.

Inmate Name: Manuel Everett Alvarez    DC#: 425478                6-17-07

Housing assignment: C1326

Job assignment: _____

Problem:

☐ Pass/pass renewal

☑ Medication renewal

☑ Need information (explain): Lower back X-Ray June 4, 2,007.

☐ Mental Health

☐ Dental

☑ Medical (explain): ① Medication renewal of Ibuprofen 600 mg
X 3 per day, Coloce 100 mg X 1 per day, Gen/Fiber (metamucil)
X 1 tablespoon per day. Arthritis and Constipation.
② I have ear wax build up in my ears and I have a
irritation from it, I keep digging it out, it itches.

② My lower back hurts me bad, x-ray as above was done,
I cant move without pain. Please help.
When did problem/symptoms start? ① I have degenerating arthritis, surgery's
x 2 (A.C.L.) L + R Knees R.M.C. 1999. I need Ibuprofen.
② My ears have been bothering me for about a week now. Please
send me some of that ear wax removal stuff, I need a good cleaning.
③ My lower back since January 2,2007, Please help it hurts. Treatment.

Inmate Name: Manuel Everett Alvarez
DC# 425478          Race/Sex W/M
Date of Birth May 6, 1963
Institution Florida State Prison

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

EXHIBIT U-11

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _June 28, 2,007_     Time: _____

Inmate Name: _Manuel Everett Alvarez_ DC#: _425478_

Housing assignment: _U 3 2 1 6_

Job assignment: _____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Mental Health

☐    Dental

☑    Medical (explain): _Left and Right Knee and lower_
_back injuries. I am in pain everyday_
_all day and I need medical attention for_
_this pain by a Doctor._
_knees have degenerating arthitis._
_My back is bad pain, injury January 2 2,067, I_
_have a injury to my disc's in my lower back._

When did problem/symptoms start? _Knees before 1997 and two_
_Surgeys L + R knee in 1999 by Doctor Hakim._
_lower Back January 2, 2,007 injury._

---

Inmate Name _Manuel Everett Alvarez_
DC# _425478_     Race/Sex _W/m_
Date of Birth _May 6. 2963_
Institution _Union Correctional Institution_

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

Distribution:   Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

EXHIBIT U-12

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: July 17, 2,008                    Time: 4:31 P.M.

Inmate Name: Manuel E. Alvarez     DC#: 425478

Housing assignment: N-1210

Job assignment: close management II

Problem:

☐     Pass/pass renewal

☐     Medication renewal

☑     Need information (explain): Refill of GenFiber 07/16/08 I gave to nurse on
Rx 4354903
7-15-08 as she acknowledged, where I have
not received the medication at this time.

☐     Mental Health

☐     Dental

☑     Medical (explain): The pain from my arthritis degenerating
as in medical inmate records has become increased where
the Ibuprofen 600 mg. x 2 per day and 1 tablet lasts 6 hours,
and works good for 6 hours but the 2 per day being 12
hours of relief is good but not enough where I have
been sleeping uncomfortably at night because of the 12
hours of no active medication to reduce swelling of my joints
and disc's of my lower back. I need at least 3 IBU. 600mg per day.
When did problem/symptoms start? This problem of degenerating arthritis
has been painful to me for many years. Surgery's of both
left and Right knees as ACL at FMC in 1999, and back injury's and
I have therapeutic shoes, knee brace elastic, all because for this here Doug.
same. degenerating for long time as x-rays opinions of medical staff
will confirm my need for medication relief. Please. THAIK YOU.

Inmate Name Manuel Everett Alvarez
DC# 425478                    Race/Sex W/M
Date of Birth  5-6-63
Institution Union Corr. Inst.

Distribution:   Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

INMATE SICK-CALL REQUEST
DC4-698A (1/05)

EXHIBIT U-13

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

AD 107
1/22/07

Date: July 22, 2007          Time: ~~09:30 HR.~~ 18:50 HR. evening time

Inmate Name: Manuel Everett Alvarez    DC#: 425478

Housing assignment: U - 3216

Job assignment:_____

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain):_____

☐ Mental Health

☐ Dental

☑ Medical (explain): I have severe pain in my lower back from confirmed x-ray injuries to my lower back done January 2, 2007 by physical beating done to me. I have pain all day and night from these injuries injury's that have not been properly treated with medical attention yet. Please provide me the needed medical attention for this pain, X-rays done June 4, 2007 do show early degenerative and disc injury.

When did problem/symptoms start? January 2, 2007 at Apalachee Correctional Institution morning time, by officer/sergeant Glover. The restraints that are used on me being too tight have NOW being on second floor is painful to climb stairs up + down. been very painful, I have no orthopedic shoes and walking I had A.C.L. x12 as left K. knee surgeries 1989 at R. Mi. Cf. Subk. Dr. Hakim. causes pain, orthopedic shoes were recommended by ortho surgeon Dr. Hakim 1999.

Inmate Name Manuel Everett Alvarez
DC# 425478          Race/Sex w/m
Date of Birth May 6, 1963
Institution Union Correctional Institution

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval of the Director for Health Services Administration.

EXHIBIT U-14

7-24-07
no

# DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: July 24, 2007 _____ Time: 17:56 HR, evening time _____

Inmate Name Manuel Everett Alvarez _____ DC#: 425478 _____

Housing assignment: U-3216 _____

Job assignment: _____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): (1) I have constipation now for three (3) days and no bowel movement since saturday July 21, 2007. This has been a problem and I have intestional gas also. (2) I have lower back pain that I have problems moving around. I stayed in bed all day today 7-24-07 because I have so much pain. I need more colace and fiber for the constipation. Please schedule me to see a Doctor. Thank you

When did problem/symptoms start? (1) constipation for over 4 weeks now as bowel movements every three (3) to four (4) days where toxic build up is overworking my liver not good for my Hepititis C. (2) My back has been painful since January 2, 2007 and not getting better. Thank you.

Inmate Name Manuel Everett Alvarez _____
DC# 425478 _____ Race/Sex W/m _____
Date of Birth May 6, 1963 _____
Institution Lake Correctional Institution _____

INMATE SICK-CALL REQUEST
DC4-698A (1/05)

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

EXHIBIT U-15

X-13 -7
/co

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _August 13, 2007_                     Time: _18: 20 HR. evening time._

Inmate Name: _Manuel E, Alvarez_     DC#: _425 478_

Housing assignment: _U-3216_

Job assignment: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): _I have lower back deformity and_
_Left and Right Knees degenerating arthritis and both left_
_and Right Anterior Compartment ligaments surgery's in 1999 and_
_pes-cavas feet and I was born with both feet as club feet._
_When I walk I have pain in my lower back. I need_
_further examination of my deformity's and further need of_
_necessary treatment as shoes (orthopedic) for this and what ever_
_else is needed. I need ask to see a specialist of this matter._
When did problem/symptoms start? _feet lower back January 2, 2,007, Left_
_and Right Knees accident in 1998 (December) Surgerys May and_
_June 1999 at R.M.C. by Doctor Hakim. who confirms degenerating_
_arthritis. There is x-rays and report of such deformity's of my_
_spine, and Knees etc. to support my need of attention to this matter._

Inmate Name _Manuel Everett Alvarez_
DC# _425478_          Race/Sex _W / m_
Date of Birth _May 6, 1963_
Institution _Union Correctional Institution_

Distribution:   Original—Nursing Supervisor
                Pink—Inmate **(special housing only-otherwise**
                destroy copy)
                This form is not to be amended, revised, or altered
                without approval of the Director for Health
                Services Administration.

**INMATE SICK-CALL REQUEST**
**DC4-698A (1/05)**

EXHIBIT U-16

# DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _October 1, 2008_     Time: _4:05 PM./16:05 HR._

Inmate Name: _Manvel Alvarez_    DC#: _425478_

Housing assignment: _D1222_

Job assignment: _____

_Triage_
_10/1_

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): _My knees are swollen and I_
_have pain in them. My back hurts —_
_lower back. Medication Soladec is not_
_working for me at all._
_Schedule me to see a Doctor for_
_medication change I need._
_Please send Ibuprofen Pills lots, as many_
_as you can. Thank you. Mule Hale_

When did problem/symptoms start? _Knees degenerating arthritis_
_1999 surgjpys X2 at R.M.C._
_My back has injury 1/2/07 and 12/5/07_
_and injuries are shown in X-rays in_
_inmate medical file._

Inmate Name _Manvel F Alvarez_
DC# _425478_    Race/Sex _W/M_
Date of Birth _5-6-63_
Institution _Florida State Prison_

Distribution:   Original—Nursing Supervisor
     Pink—Inmate (**special housing only-**otherwise
     destroy copy)
This form is not to be amended, revised, or altered
without approval of the Director for Health
Services Administration.

**INMATE SICK-CALL REQUEST**
DC4-698A (1/05)

EXHIBIT U-17

## DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _October 29, 2008_                Time: _3:41 pm._

Inmate Name: _Manuel E. Alvarez_        DC#: _425478_

Housing assignment: _D / 222_

Job assignment: _____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): _I have degenerating arthritis in both my knees_
_causing swelling and pain. I have moderate injures to my_
_lower back causing me pain. The cold weather makes it worse for_
_me. Please send me Ihuprofen packs as many as possible._

When did problem/symptoms start? _Left and Right knees ACL surgery x 2_
_at R.M.C. in 1999, Lower back injuries on 1/2/07 and 12/5/07,_
_and x-ray in 2,007 as in inmate records as my witness will show._

Inmate Name _Manuel Everett Alvarez_
DC# _425478_        Race/Sex _w/M_
Date of Birth _5/6/63_
Institution _Florida State Prison_

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)

This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

EXHIBIT U-18

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _November 16, 2008_     Time: _4:40 PM_

Inmate Name: _Manuel E. Alvarez_     DC#: _425473_

Housing assignment: _F 2317_

Job assignment: _____

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Mental Health

☐ Dental

☑ Medical (explain): _I have pain from degenerating arthritis in my knees. I have pain from lower back moderate degeneration injuries with 3 disc narrowed. The cold makes it worse for me. Please can I have some Ibuprofen pocks, many of them. I am in pain from swelling of my joints causing them to be tight causing friction, causing pain. Degeneration is worse when no anti-inflammatory medication is taken._

_Manuel Everett Alvarez_

When did problem/symptoms start? _Left Right Ace surgery in 1999 at R.M.C. and x-rays in 1997 here of, ver back as .. male medical records will show as my witness. I have not had Ibuprofen since Friday 1/08 and I'm in pain NOW. Please give me medical attention._

_Manuel Everett Alvarez_

Inmate Name _Manuel Everett Alvarez_
DC# _125473_    Race/Sex _W/M_
Date of Birth _5/6/63_
Institution _Florida State Prison_

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

EXHIBIT U-19

# DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _April 12, 2009_     Time: _4:21 P.M._

Inmate Name: _Manuel Alvarez_     DC#: _425478_

Housing assignment: _H 2316_

Job assignment: _____

Problem:

☐  Pass/pass renewal

☑  Medication renewal

☐  Need information (explain): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): _The medication IBUPROFEN 600 mg. TAB._
_Rx 4537543 ordered by Doctor MALAVER for my_
_chronic illness of degenerating arthritis pain in both_
_my knees, and lower back. I need medication renewal,_
_and a increase to two Tablets per day to be provided_
_to me. as dose instructions show on the medication_
_bubble pack/sheet._

When did problem/symptoms start? _My knees and lower back as_
_medical inmate records will show. Surgery x 2 (L)+(R) ACL_
_of both knees 1999 at R.M.C.  Thank you._

Inmate Name _Manuel Alvarez_
DC# _425478_     Race/Sex _W/M_
Date of Birth _May 6 1963_
Institution _Florida State Prison_

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

EXHIBIT U-20

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: Hardee C, I,

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental medical inmate Records Admin. ☑ Other ms. Lawson |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| | Alvarez Manuel E, | 425478 | 42-124L | Houseman 8-4 | 12/9/2010 |

**REQUEST**      Check here if this is an informal grievance ☐

Please remove on the computer the incorrect information
that I am single dose medication, and inform Classification
officer Anderson who is assigned to my inmate status
records, of the same that has been corrected.

Thank you for this matter, Have a Nice Day

*Manuel Everett Alvarez*

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

RECEIVED
HARCI

**RESPONSE**      DATE RECEIVED: DEC 1 0 2010

CHIEF HEALTH OFFICER

We noticed that you arrived at Hardee
I with single dose status. The
Single dose Medication was not renewed from
2004. We are now working on getting your
screen updated and the single J dose condition
released

[The following pertains to informal grievances only.] CAROLA BRUMMETT HS ADMINISTRATOR
Based on the above information, your grievance is SR. HS ADMINISTRATOR HARDEE C.I. . (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Brummett | Date: | 12/13/10 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Adminstrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

EXHIBIT 021

MEMORIAL HOSPITAL JACKSONVILLE
3625 UNIVERSITY BLVD. SOUTH
JACKSONVILLE, FL 32207

PATIENT: ALVAREZ,MANUEL                          DOB: 05/06/63
ACCOUNT #: J00210467812                          MRN: J000881430
ADMISSION DATE:                                  AGE: 47
ATTENDING PHYSICIAN: Barami MD,Kaveh M           ROOM:

REPORT: DISCHARGE SUMMARY

DISCHARGE SUMMARY

HISTORY OF PRESENT ILLNESS: This is a 47-year-old male inmate with complaints
of low back pain which started on January 2, 2007 after he states that he was
assaulted. The pain originates in the upper lumbar area as well as the central
low back area, slightly eccentric to the right with associated pain in the
right leg and radiation down the right buttock and right leg. His pain level is
8 to 9 out of 10. His symptoms are aggravated by walking and sitting. He has
not had any therapy so far. Overall, back pain and leg pain are equal. He has
associated right leg numbness.

REVIEW OF SYSTEMS: From a complete questionnaire is positive for numbness and
weakness in his hands and right leg, nausea, headaches, coughing, weight loss,
fever, night sweats, visual alteration when reading and droopy eyelid on the
left.

PAST MEDICAL HISTORY: ████████, diverticulitis, and arthritis.

PAST SURGICAL HISTORY: Knee surgery, both sides.

MEDICATIONS: Ibuprofen, Colace, and Zantac.

ALLERGIES: Sulfa.

FAMILY HISTORY: Negative.

SOCIAL HISTORY: Positive for tobacco.

PHYSICAL EXAMINATION:
VITAL SIGNS: His blood pressure is 106/59, temperature is 97.4, respirations
are 16, and his pulse rate is 61.

GENERAL: He is in no apparent distress.

NEUROLOGIC: His funduscopic exam is normal. He has symmetric peripheral pulses.
His gait is narrow based and steady. He is able to walk on his heels and
tip-toes. Motor strength is 5/5. There is no atrophy or abnormal movements. He
is oriented x3. His memory, concentration, speech, and fund of knowledge seem
to be fine. Cranial nerves II through XII are grossly intact including visual
fields, extraocular movements, and visual acuity. Pupils are reactive. There is
no ptosis. There is no facial numbness. His face, hearing, palatal movement,
and shoulder shrug is symmetric. Tongue is midline. Sensory exam is intact.
Reflexes are 1+. Coordination is fine. Straight leg raising is negative.

PATIENT NAME: ALVAREZ,MANUEL                    ACCOUNT #: J00210467812

EXHIBIT U-22

DIAGNOSTIC DATA: MR of August 4, 2010 is poor quality, it shows L4-L5 and L5-S1 degenerative disk disease and a right-sided L5-S1 disk protrusion without significant neural compression.

ASSESSMENT: Symptoms mostly suggestive of axial back pain, most likely due to degenerative disk disease at L4-L5 and L5-S1.

RECOMMENDATIONS: Physical therapy for back pain and lumbar epidural injections. If the patient did not respond to these conservative measures, he will require a CT lumbar myelogram upon his next follow up with me. CT will also be helpful to rule out fracture in light of the fact that he was assaulted 4 years ago. He also needs a systemic workup to rule out cancer in light of the fact that he has been experiencing fever, weight loss, and night sweats. Lastly, I believe that he needs to be seen by a pain specialist and to be started on Lortab p.r.n. due to his severe back pain.

Kaveh M Barami, MD

WT: DSH/J.HIS/BARKA2/37PP0
D: 12/29/2010 08:34 / T: 12/29/2010 09:15
Voice ID: 1000232973 / HIS#: 39965528

CC: Lake Butler Correctional Facility*

PATIENT NAME: ALVAREZ,MANUEL                    ACCOUNT #: J00210467812



# PLEASE! USE BALLPOINT PEN ONLY

**AUTHORIZATION IS GIVEN TO DISPENSE A GENERIC EQUIVALENT**

| DATE | HOUR | INSTRUCTIONS - PLEASE INDICATE DESIRED ORDERS (✓) | | |
|------|------|-----|---|---|
| | | Status Required – Select One Only | | |
| | | ✓ Outpatient      Service Dr. Barami | **ABBREVIATIONS DO NOT USE** | |
| | | ___ Observation | U or u | |
| | | ___ Admit as inpatient. I certify that inpatient hospital services are medically necessary. | X3d | |
| | | | IU | |
| | | Physician Signature          Date | QD | |
| 12/29/10 | | Dr. Lumbar OSD | QOD | |
| | | Allergies Sulfa | MS or MSO₄ | |
| | | VS 97.4 64-16-7 06/59 | ug | |
| | | | Apothecary Symbols | |
| | | | Zero after decimal (1.0) | |
| 12/29/10 | | (1) Physical Therapy + lumbar | No zero before decimal (.5mg) | |
| | | Epidural injections × 6 weeks | **WRITE IT OUT** | |
| | | | "units" | |
| | | (2) C.T myelogram lumbar if pt | "x 3 days" or "x 3 doses" | |
| | | does not respond to conservative | "international unit" | |
| | | measures. | "daily" | |
| | | | "every other day" | |
| | | (3) Systemic workup R/O Cancer | "morphine sulfate" | |
| | | Pt with wt loss / Fever / Night Sweat | "magnesium sulfate" | |
| | | | "microgram" | |
| | | (4) Pain mgmt / Lortab prn | "dram" or "minim" | |
| | | | "1" | |
| | | | Always use "0" before decimal for fractional doses | |

**DO NOT WRITE BELOW THIS LINE**

MEMORIAL HOSPITAL JACKSONVILLE, FLORIDA     PPO100     897610

PHYSICIAN ORDERS

PATIENT LABEL
ALVAREZ, MANUEL
A#J00210467812   AGE: 47   SEX: M
Barami MD Kaveh M   DOB: 05/06/1963

EXHIBIT 023

# CURE MEDICAL SERVICES, INC.

PATIENT:         Alvarez,Manuel
DC NUMBER:       425478
DOB:             05.06.1963
PHYSICIAN:       Castillo
FACILITY         CENTRAL FLORIDA RECEPTION CENTER
DOE:             February 23, 2011

Correlative Films Provided: None.

History: Chronic back pain.

CT EVALUATION OF THE LUMBAR SPINE WITHOUT CONTRAST ENHANCEMENT

Contiguous views are required T12 through S1. Facet sclerosis is diffuse. T12-L1 is unremarkable except for facet sclerosis. L1 to shows facet sclerosis but is otherwise unremarkable. L2-3 shows a diffuse annular bulge and facet sclerosis. L3-4 shows facet sclerosis and anterior right spurring as well as some rotation and disk bulging.

L4-5 shows a vacuum sign facet sclerosis and diffuse annular bulging.

L5-S1 shows facet sclerosis and grade 1 anterior positioning without a visualized bony etiology.

The lateral recesses are all patent.

IMPRESSION:
1. Multilevel changes as noted above with no evidence of central spinal stenosis or lateral recess stenosis. Should the patient remain symptomatic MR evaluation is suggested.
2. Multiple small "shotty" nodes are noted around the aorta and merit further evaluation.

$3|2|11$

ENTERED IN
COMPUTER

Jonathan S. Dorn, M.D., DABR·
Meridian Teleradiology
JSD/lp   electronically signed



**MERIDIAN**
TELERADIOLOGY

NELLIE LAWSON
ADMIN. ASSISTANT
HARDEE C.I.

Page 1 of 1

EXHIBIT U-24

SENT TO UM

APR 2 1 2011

NEKIMAT SCHEDULING

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| TO Institution: Pain management Cf | FROM Institution: RMC DPC | DATE OF REQUEST: 4.20.11 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan_____ Evaluate and recommend treatment plan_____ Other (specify):_____ | Type of consultation: Emergency _____ Urgent _____ Routine _____ Follow-up _____ | DATE APPOINTMENT MADE: Staff Signature: |

Follow-up consults require justification

APPOINTMENT DATE:

Condition is (check one): ☐ Acute Trauma ☐ Acute Illness ☑ Chronic
History of present illness (include onset, presentation, progress, therapy):

Chronic low back pain, not responding to

**Physical findings:** PT. Seen by Dr. Balassone and

Recommend lumbar epidural injection

**Diagnostic findings (explain laboratory, x-ray, or other test findings):** CT lumbar done 2.23.11

facit sclerosis L4-L5

L5-S1-

**Other pertinent information:** Hep C

finding on RI lumbar

'.24.3.

**Provisional diagnosis:** Chronic low back pain

ERLINDA PEREZ, M.D.
RMC WEST UNIT

**Health Care Provider Signature/Stamp:** Chronic low back pain 6/2

**CHO/Designee Approval Signature/Stamp:**

**AUTHORIZATION FOR SPECIALITY EVALUATION**

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____ Date: 5-6-11

Signature of Witness: _____ Date: 5-6-11

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _____
DC# A-425478 TM 40 03/03/2011 __
Date
EOS ALVAREZ, MANUEL EVERETT __

RECEIVED FROM CHO
APR 2 1 2011
SCRB RMC
:vised or altered without approval of the De

9. 5.
EXHIBIT U-25

RECEIVED
APR 2 1 2011
Assistant Secretary of Health Services Administration

7/8/2011 12:17 PM FROM: Fax TO: 818637674550 PAGE: 001 OF 001

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error please contact the sender (by phone or reply electronic mail) and then destroy all copies of the original message.



**Reception and Medical Center**
P.O. Box 628
7765 South CR231
Lake Butler, FL 32054
(386) 496-6348

REQUESTED BY: Erlinda Perez MD, PE92
Reception and Medical Center WU
8183 SW 152ND LOOP
Lake Butler, FL 32054

| | |
|---|---|
| **Patient Name:** MANUEL E ALVAREZ | **Patient #:** 425478 |
| **Date of Birth:** 05/06/1963 | **Age:** 48Y **Gender:** Male |
| **Date Requested:** APR 20, 2011 | **Time Performed:** 09:20 |
| **Procedure Date: May 06, 2011** | |
| **Procedure(s):** MR Spine Lumbar | |

### History:
CHRONIC LOW BACK PAIN - NOT GETTING BETTER WITH PT
Report:
MRI OF THE LUMBAR SPINE: In the sagittal images the alignment is well maintained. The disc spaces are narrow at the L3-4 and L4-5 level. Mild multilevel disc desiccation is evident. Bone marrow signal intensity is identified in adjacent endplates, which is suggesting underlying discogenic degenerative disc disease. The conus medullaris is unremarkable.

At the L2-3 level there is a mild diffuse disc bulge which is compressive upon the thecal sac contributing to mild central canal and neuroforamina encroachment.

At the L3-4 level there is also a mild diffuse disc bulge minimally effacing the thecal sac and minimally contributing to neuroforamina encroachment as well. Central canal stenosis is quite minimal at this level.

At the L4-5 level there is also a mild disc bulge, that is minimally effacing the thecal sac and minimally contributing to foramina encroachment. Foramina encroachment is greater towards the right side due to underlying facet arthropathy.

At the L5-S1 level, the disc is fairly well contained but there is mild osteophytic ridging along the posterolateral aspect of the vertebral body on the left side and is contributing to neuroforamina encroachment and slight impingement of the exiting nerve root. Facet arthropathy also is evident that contributes to foramina encroachment as well.

Facet arthropathy is also evident at the L3-4, and as mentioned above at the L4-5 and L5-S1 level.
IMPRESSION:
1. MILD MULTILEVEL DEGENERATIVE DISC DISEASE.
2. L2-3 LEVEL MILD DISC BULGE MILDLY COMPRESSIVE AND CONTRIBUTING TO MILD CENTRAL CANAL AND NEUROFORAMINA STENOSIS.
3. L3-4 AND L4-5 LEVEL MILD DISC BULGES, THERE IS PROBABLY AN ASSOCIATED OSTEOPHYTIC RIDGING, MINIMALLY CONTRIBUTING TO EFFACEMENT OF THE THECAL SAC AND TO MILD NEUROFORAMINA ENCROACHMENT IN CONJUNCTION WITH FACET ARTHROPATHY.
4. L5-S1 LEVEL, PREDOMINANTLY OSTEOPHYTIC RIDGING ON THE LEFT SIDE WITH PERHAPS ACCOMPANYING DISC BULGE THAT IS CONTRIBUTING TO FORAMINA ENCROACHMENT IN CONJUNCTION WITH FACET ARTHROPATHY.

Thank you for this referral.

| | | |
|---|---|---|
| Dictating Radiologist: | E. E. FRANCO, M.D. | |
| Transcribed by: | SCT | Transcription Date: May 06, 2011 |

**Electronically Signed By:** THOMAS PAGANUCCI, M.D. on 05/09/2011 at 08.55

EXHIBIT U-26



**Reception and Medical Center**
P.O. Box 628
7765 South CR231
Lake Butler, FL 32054
(386) 496-6348

REQUESTED BY:     E. Edward Franco MD, F082-Radiologist
Reception and Medical Center
7765 South CR 231
Lake Butler, FL 32054

Patient Name:  **MANUEL E ALVAREZ**
Date of Birth:   05/06/1963
Date Requested:  MAY 06, 2011
Procedure Date: **May 06, 2011**
Procedure(s):   Spine Lumbar

Patient #: 425478
Age: 48Y          Gender: Male
Time Performed: 10:16

**History:**
compare with mri of the lumbar spine

**Report:**
LUMBAR SPINE: There is mild convexity towards the right side. The disc spaces at L3-4 and L4-5 are narrow, with associated marginal osteophytes. The pedicles appear intact. In the lateral projection the alignment is well maintained but the disc spaces are narrow at the L3-4 and L4-5 levels predominantly.

IMPRESSION: MODERATE LUMBAR SPONDYLOSIS.

Thank you for this referral.

Dictating Radiologist:   E. E. FRANCO, M.D.
Transcribed by:         SCT        Transcription Date: May 06, 2011

**Electronically Signed By**: THOMAS PAGANUCCI, M.D. on 05/09/2011 at 08.56

EXHIBIT U-27

Page 1 of 1

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:** 48 y/o Hisp ♂ w/ low back pain 1 ½ ? after Injury by Trauma. pt c/o pain in LB R>L with R>L leg pain down to foot. Pt c/o ℗ leg shooting pain w/ minimal activity. PT — bene Dr Barami saw & no surgery offered. Referred for Injections P.T ↑'s pain.

**Findings:** MRI + x-rays done This Am ❓❓ Images show HNP L3-4/ & L5-S, w/ ℝ S, nerve root impingement.

PM Hx: + Hep C + Diverticulitis w/ constipation + arthritis ℬ knees.

PSHx: ℬ ACL repair.                                              + Tob

Meds: calcace  Motrin Plc
      Zantac.  Fiber Tabs

**Recommendations:** PE: 48 y/o Hisp ♂ w/ Antalgic gait.
Chest — ? CTA  Abd — soft + BS
CU — RRR w/o m/r/r
Neuro — Moror Intact
sens — ↓ ℰ paralumbar  + Tip/Toe
LE sens. Intact  + muscle spasms.

Imp: HNP L3-4 L5-S, w/ ℝ S, nerve root

Plan: LESI x 5
      Lortab 5/500  + po Q8°
      Plc P.T.

KEITH RAWLINSON, PA-C
FL LICENSE PA2359
JACKSONVILLE SPINE CENTER
10475 Centuría Parkway North
Suite 201
Jacksonville, Florida 32256

**Consultant Signature/Stamp:** K Rawlinson PA-C        **Date:** 5-6-11

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate ?
DC#____ A-425478 TM 40 03/03/2011

USE ADDITIONAL SHEET(S) AS NECESSARY

Date of E ALVAREZ, MANUEL EVERETT
Institutic

J. JORGE-CARDOSO M.D.

EOS DA W/M DOB 05/06/1963 (47) 99

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 2 of 2

EXH. I GI 7 U-28

LEGAL MAIL

MANUEL EVERETT ALVAREZ DC#425478(HARDEE)
HARDEE CORRECTIONAL INSTITUTION
6901 STATE ROAD 62
BOWLING GREEN, FLORIDA 33834-8176

CLERK, UNITED STATES DISTRICT COURT
401 S.E. FIRST AVENUE, ROOM 243
GAINESVILLE, FLORIDA 32601-